Filed: June 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2366**
(1:13-cv-00387-JCC-JFA)

LUZ DENISE NEGRON-BENNETT; SALIM BENNETT,

Plaintiffs - Appellants,

and

SALIM A. BENNETT,

v.

JASON LEE MCCANDLESS, in his individual and official capacities; ARLINGTON COUNTY GOVERNMENT; JAQUE L. TUCK, in her individual and official capacities; RENEE ANDREA PERRIER, in her individual and official capacities; SHERRI BROTHERS, in her individual and official capacities; SARAH GORTENBURG, in her individual and official capacities; MARJORIE BROWN, in her individual and official capacities; LAKEISHA FLORES, in her individual and official capacities; VALERIE CUFFEE, in her individual and official capacities; TABATHA KELLY, in her individual and official capacities; HEATHER CARTER-STOWE, in her individual and official capacities; SUSANNE EISNER, in her individual and official capacities; JONNISE CONANAN, in her individual and official capacities; ARA TRAMBLIAN, in his individual and official capacities; STEPHEN MACISAAC, in his individual and official capacities; MOLLY HUTZELL NEWTON, in her individual and official capacities; FRANK FRIO, in his individual and official capacities; THEOPHANI STAMOS, in his individual and official capacities; RICHARD TRODDEN, in his individual and official capacities; ELISEO PILCO, in his individual and official capacities; JOSEPH HAGGERTY, in his individual and official capacities; MICHELE SAUPP, in her individual and official capacities; JOHN BAMFORD, in his individual and official capacities; BRYNN BENNETT, in his individual and official capacities; BRYAN ADAMS, in his individual and official capacities; DANIEL SMALDORE, in his individual and official capacities; KIMBERLY SWEENEY, in her individual and

official capacities; JEREMY STRITZINGER, in his individual and official capacities; M. DOUGLAS SCOTT, in his individual and official capacities; JOANNE HAMILTON, in her individual and official capacities; CHARLES ATAKORA; ALISSA GREEN, in her individual and official capacities,

Defendants - Appellees,

and

ARLINGTON COUNTY OFFICE OF THE COUNTY ATTORNEY; ARLINGTON COUNTY COMMONWEALTH'S ATTORNEY'S OFFICE; ARLINGTON COUNTY POLICE DEPARTMENT; ARLINGTON COUNTY DEPARTMENT OF HUMAN SERVICES; TAMMEE ALSUP GAYMON, in her individual and official capacities; ALYSSA GREEN, in her individual and official capacities; LAURA RAGGINS, in her individual and official capacities; DR. STEPHANIE TEBOR, in her individual and official capacities; JOHN DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County Children DHS, in his individual and official capacities; JANE DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County Children DHS, in her individual and official capacities; JOHN DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Attorney's Office, in his individual and official capacities; JANE DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Attorney's Office, in her individual and official capacities; JOHN DOE, Assistant Commonwealth Attorney, in his/her individual and official capacities; JOHN DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Commonwealth's Attorney Office, in his individual and official capacities; JANE DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Commonwealth's Attorney Office, in her individual and official capacities; CHARLES ATAKORD, in his individual and official capacities; WILSON MEYER, in his individual and official capacities; ROBERT ICOLARI, in his individual and official capacities; JOHN DOE, Supervisors and Supervisors of above named Officers are other unknown Officers with the Arlington County Police Department, in his/her individual and official capacities; JOHN DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County, in his/her individual and official capacities; JANE DOE, other unknown

2

employees and supervisors of said employees and above named employees with the Arlington County, in his/her individual and official capacities,

Defendants.

_____

O R D E R
_____

The Court amends its opinion filed May 28, 2014, as follows:

On page 4, second line of text – the word "without" is corrected to read "with."

For the Court – By Direction

/s/ Patricia S. Connor
Clerk

3

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2366

LUZ DENISE NEGRON-BENNETT; SALIM BENNETT,

           Plaintiffs - Appellants,

      and

SALIM A. BENNETT,

           v.

JASON LEE MCCANDLESS, in his individual and official capacities; ARLINGTON COUNTY GOVERNMENT; JAQUE L. TUCK, in her individual and official capacities; RENEE ANDREA PERRIER, in her individual and official capacities; SHERRI BROTHERS, in her individual and official capacities; SARAH GORTENBURG, in her individual and official capacities; MARJORIE BROWN, in her individual and official capacities; LAKEISHA FLORES, in her individual and official capacities; VALERIE CUFFEE, in her individual and official capacities; TABATHA KELLY, in her individual and official capacities; HEATHER CARTER-STOWE, in her individual and official capacities; SUSANNE EISNER, in her individual and official capacities; JONNISE CONANAN, in her individual and official capacities; ARA TRAMBLIAN, in his individual and official capacities; STEPHEN MACISAAC, in his individual and official capacities; MOLLY HUTZELL NEWTON, in her individual and official capacities; FRANK FRIO, in his individual and official capacities; THEOPHANI STAMOS, in his individual and official capacities; RICHARD TRODDEN, in his individual and official capacities; ELISEO PILCO, in his individual and official capacities; JOSEPH HAGGERTY, in his individual and official capacities; MICHELE SAUPP, in her individual and official capacities; JOHN BAMFORD, in his individual and official capacities; BRYNN BENNETT, in his individual and official capacities; BRYAN ADAMS, in his individual and official capacities; DANIEL SMALDORE, in his individual and official capacities; KIMBERLY SWEENEY, in her individual and official capacities; JEREMY STRITZINGER, in his individual

and official capacities; M. DOUGLAS SCOTT, in his individual and official capacities; JOANNE HAMILTON, in her individual and official capacities; CHARLES ATAKORA; ALISSA GREEN, in her individual and official capacities,

                    Defendants - Appellees,

          and

ARLINGTON COUNTY OFFICE OF THE COUNTY ATTORNEY; ARLINGTON COUNTY COMMONWEALTH'S ATTORNEY'S OFFICE; ARLINGTON COUNTY POLICE DEPARTMENT; ARLINGTON COUNTY DEPARTMENT OF HUMAN SERVICES; TAMMEE ALSUP GAYMON, in her individual and official capacities; ALYSSA GREEN, in her individual and official capacities; LAURA RAGGINS, in her individual and official capacities; DR. STEPHANIE TEBOR, in her individual and official capacities; JOHN DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County Children DHS, in his individual and official capacities; JANE DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County Children DHS, in her individual and official capacities; JOHN DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Attorney's Office, in his individual and official capacities; JANE DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Attorney's Office, in her individual and official capacities; JOHN DOE, Assistant Commonwealth Attorney, in his/her individual and official capacities; JOHN DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Commonwealth's Attorney Office, in his individual and official capacities; JANE DOE, unknown employees and supervisors of said employees and above named employees with the Arlington County Commonwealth's Attorney Office, in her individual and official capacities; CHARLES ATAKORD, in his individual and official capacities; WILSON MEYER, in his individual and official capacities; ROBERT ICOLARI, in his individual and official capacities; JOHN DOE, Supervisors and Supervisors of above named Officers are other unknown Officers with the Arlington County Police Department, in his/her individual and official capacities; JOHN DOE, other unknown employees and supervisors of said employees and above named employees with the Arlington County, in his/her individual and official capacities; JANE DOE, other unknown employees and supervisors of said employees and above named

2

employees with the Arlington County, in his/her individual
and official capacities,

Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:13-cv-00387-JCC-JFA)

———————————

Submitted:  May 22, 2014                    Decided:  May 28, 2014

———————————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Luz Denise Negron-Bennett; Salim A. Bennett, Appellants Pro Se.
Susan Dudley Stout, COUNTY ATTORNEY'S OFFICE, Arlington,
Virginia; John J. Brandt, Eric Patrick Burns, WILSON ELSER
MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luz Denise Negron-Bennett and her husband, Salim A. Bennett, appeal the district court's order dismissing with prejudice their 42 U.S.C. § 1983 (2006) action for noncompliance with the court's earlier order instructing them to particularize their complaint. Here, the plaintiffs failed to particularize their inscrutable complaint, as thoroughly directed by the district court, which also warned them that failure to comply with its order could result in dismissal under Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Negron-Bennett v. McCandless, No. 1:13-cv-00387-JCC-JFA (E.D. Va. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

4